1    KRISTIN ZILBERSTEIN, ESQ. (200041)
     JENNIFER BERGH, ESQ. (305219)
2    ADAM THURSBY, ESQ. (318465)
     THE LAW OFFICES OF MICHELLE GHIDOTTI
3    1920 Old Tustin Ave.
     Santa Ana, CA 92705
4    Office: (949) 427-2010
     Fax:  (949) 427-2732
5    Email:kzilberstein@ghidottilaw.com

6    Attorneys for Creditor
     Wilmington Savings Fund Society, FSB, D/B/A
7    Christiana Trust as Owner Trustee of the Residential
     Credit Opportunities Trust III

8
                    UNITED STATES BANKRUPTCY COURT
9
               NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE
10
     In re:                          )   Case No.: 18-51321
11                                   )
     John Durwood Dennis, Jr,        )
12                                   )   Chapter 13
               Debtor.              )
13                                   )   OBJECTION TO CONFIRMATION OF
                                     )   DEBTOR'S PLAN
14                                   )
                                     )   341(a) Hearing
15                                   )   DATE: August 3, 2018
                                     )   TIME:  9:45 a.m.
16                                   )
                                     )   Confirmation Hearing
17                                   )   DATE: August 16, 2018
                                     )   TIME: 9:55 a.m.
18                                   )   CTRM: 19
                                     )   PLACE: U.S. Bankruptcy Court
19                                   )          450 Golden Gate Avenue
                                     )          San Francisco, CA 94102
20                                   )
                                     )   Property: 1628 Hilby Ave
21                                   )   Seaside CA 93955
                                     )
22   _____)   The Honorable Judge Hannah L. Blumenstiel

23

24

TO THE HONORABLE JUDGE HANNAH BLUMENSTIEL, UNITED STATES

BANKRUPTCY JUDGE, THE DEBTORS, THEIR ATTORNEY OF RECORD AND THE

CHAPTER 13 TRUSTEE, DEVIN DERHAM_BURK:

Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the

Residential Credit Opportunities Trust III, ("**Creditor**"), a secured creditor of the above-named

Debtors hereby objects to the confirmation of Debtors' Chapter 13 Plan (the "**Plan**") on the

grounds that the Plan does not comply with the provisions of Chapter 13 of Title 11, United

States Code, and with other applicable provisions of said Title 11.

This objecting Creditor holds a deed of trust on the Debtor's real property commonly

described as 1628 Hilby Avenue, Seaside CA 93955 (the "**Property**"), which is Debtors'

principal residence.  Creditor is entitled to receive payments pursuant to a Promissory Note

which is secured by a Deed of Trust on the subject property commonly known as 1628 Hilby

Avenue, Seaside CA 93955. As of 6/13/18, the approximate amount in default was $54,105.61,

as will be described in the forthcoming Proof of Claim to be filed by Creditor; Creditor files this

Objection to protect its interests.

**I**

**ARGUMENT**

Application of the provisions of *11 United States Code Section 1325* determines when a Plan

shall be confirmed by the Court.   Based on the foregoing, as more fully detailed below, the Plan

cannot be confirmed as proposed because the Plan does not comply with the provisions of

Chapter 13 of the United States Bankruptcy Code.

**A.  IMPERMISSIBLY MODIFIES CREDITOR'S RIGHTS**
11 U.S.C. §1322(b)(2)

Case: 18-51321   Doc# 16   Filed: 08/03/18   Entered: 08/03/18 14:27:57   Page 2 of 6

Under 11 U.S.C. §1322(b)(2), a Plan that modifies the rights of a creditor whose claim is secured only by a security interest in real property that is debtor's principal residence is impermissible. The plan lists $30,000 in arrears when the actual arrears are $54,105.61. That reduction in arrears is an impermissible modification. The proposed Plan also does not set forth a reasonable schedule and time period for the payment of the arrearages owed to Secured Creditor because Secured Creditor is not included in the Plan. To cure the pre-petition arrearages of $54,105.61 over a 60 month Plan, Secured Creditor must receive a minimum payment of $901.76 per month from the Debtor through the Plan. Therefore, the Plan is not feasible.

/ / /

/ / /

/ / /

**B. <u>DOES NOT MEET FULL VALUE REQUIREMENT</u>**
11 U.S.C. §1325(a)(5)(B)(ii)

The Debtors' Plan does not provide for cure of the pre-petition arrears owed to Creditor. The pre-petition arrears owed to Creditor are no less than approximately $54,105.61. Debtors' Plan provides for $31,034.40 in arrears payments to Creditor. Accordingly, Debtors will be required to amend their Plan to fully provide for the pre-petition arrears owed to Creditor. Since Debtors' Plan does not provide for cure of the default of the pre-petition arrears owed to Creditor, the Plan does not meet the full value requirement and fails to satisfy 11 U.S.C. §1325(a)(5)(B)(ii).

////

////

////

////

3

WHEREFORE, Creditor objects to confirmation of the Plan and requests as follows:

    a.    The confirmation of the Proposed Chapter 13 Plan be denied; or, in the alternative,

    b.    Debtor's plan be amended to reflect the arrears amount listed in Secured Creditor's filed proof of claim

    c.    For attorneys' fees and costs herein, and

    d.    For such other relief as this Court deems proper.

DATED: August 3, 2018          THE LAW OFFICES OF MICHELLE GHIDOTTI

By: /s/ Kristin Zilberstein Esq.
Kristin Zilberstein, Esq.
Wilmington Savings Fund Society, FSB, D/B/A
Christiana Trust as Owner Trustee of the
Residential Credit Opportunities Trust III

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorney for Creditor
Wilmington Savings Fund Society, FSB, D/B/A
Christiana Trust as Owner Trustee of the Residential
Credit Opportunities Trust III

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 18-51321 |
| John Durwood Dennis, Jr., | CHAPTER 13 |
| Debtors. | **CERTIFICATE OF SERVICE** |

## <u>CERTIFICATE OF SERVICE</u>

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On August 3, 2018 I served the following documents described as:

- **OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| John Durwood Dennis, Jr. | Devin Derham-Burk |
| 1628 Hilby Avenue | P.O. Box 50013 |
| Seaside, CA 93955 | San Jose, CA 95150-0013 |
| | |
| **Debtor's Counsel** | **U.S. Trustee** |
| Yelena Gurevich | Office of the U.S. Trustee / SJ |
| Consumer Action Law Group, PC | U.S. Federal Bldg. |
| 3700 Eagle Rock Blvd. | 280 S 1st St. #268 |
| Los Angeles, CA 90041 | San Jose, CA 95113-3004 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      Executed on August 3, 2018 at Santa Ana, California

*/s / Jeremy Romero*
Jeremy Romero

2